

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00062-CV

In the Interest of **L.L.M.** and S.M.M., Children

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-PA-00439
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's memorandum opinion of this date, the trial court's termination order is AFFIRMED.

SIGNED September 4, 2013.

_Karen Angelini_
Karen Angelini, Justice